BOBICH ET AL., APPELLANTS, *v.* CONVENIENT FOOD MART 3–109, APPELLEE.

[Cite as *Bobich v. Convenient Food Mart 3–109* (1993), 66 Ohio St.3d 228.]

(No. 92–2227—Submitted April 20, 1993—Decided April 28, 1993.)

---

*Kelley, Klima & Sullivan* and *Thomas G. Kelley,* for appellants.

*Dyson, Schmidlin & Foulds Co., L.P.A.,* and *James J. Dyson,* for appellee.

---

The cause is reversed on authority of *Rockey v. 84 Lumber Co.* (1993), 66 Ohio St.3d 221, 611 N.E.2d 789, and the trial court's judgment awarding damages in the total amount of $54,675 is reinstated.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.